ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

*FILED NOV 15 2017 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS By_____ Deputy*

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| ZARKO VIDIC (01) | 4-17CR238-Y |

## INDICTMENT

The Grand Jury Charges:

### Count One
### Felon in Possession of Firearm
### (Violation of 18 U.S.C. § 922(g)(1))

On or about August 8, 2017, in the Fort Worth Division of the Northern District of Texas, defendant **Zarko Vidic**, who had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year, that is, a felony offense, did knowingly possess in and affecting interstate commerce, a firearm, to wit, a Glock GMBH, Model 19 GEN4, 9x19 caliber, bearing serial number BBSC138.

In violation of 18 U.S.C. § 922(g)(1).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in count one of this indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant **Zarko Vidic** shall forfeit to the United States of America any firearm and ammunition involved in or used in the knowing commission of the offense, including but not limited to, the following a Glock GMBH, Model 19 GEN4, 9x19 caliber, bearing serial number BBSC138.

A TRUE BILL.

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_Douglas A. Allen_
DOUGLAS A. ALLEN
Assistant United States Attorney
Texas State Bar No. 24011525
801 Cherry St., Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

ZARKO VIDIC (01)

INDICTMENT

18 U.S.C. § 922(g)(1)
Felon in Possession of Firearm
Count 1

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

A true bill rendered

FORT WORT                                                  FOREPERSON

Filed in open court this 15th day of November, 2017.

**Warrant to be Issued - In State Custody**

UNITED STATES MAGISTRATE JUDGE